No. 83–630. BERNAL v. FAINTER, SECRETARY OF STATE OF TEXAS, ET AL. C. A. 5th Cir. Certiorari granted. 

No. 83–218. REED ET AL. v. ROSS. C. A. 4th Cir. Motion of respondent for leave to proceed *in forma pauperis* and certiorari granted. 

No. 83–620. UNITED STATES v. RODGERS. C. A. 8th Cir. Motion of respondent for leave to proceed *in forma pauperis* and certiorari granted. 

No. 83–558. IRVING INDEPENDENT SCHOOL DISTRICT v. TATRO ET UX., INDIVIDUALLY, AND AS NEXT FRIENDS OF TATRO, A MINOR. C. A. 5th Cir. Motion of National School Boards Association for leave to file a brief as *amicus curiae* granted. Certiorari granted. 

No. 82–979. FEDERAL LABOR RELATIONS AUTHORITY v. UNITED STATES DEPARTMENT OF AGRICULTURE ET AL. C. A. 8th Cir. Certiorari denied. 

No. 82–1021. FEDERAL LABOR RELATIONS AUTHORITY v. DIVISION OF MILITARY AND NAVAL AFFAIRS OF THE STATE OF NEW YORK ET AL. C. A. 2d Cir. Certiorari denied. 

No. 82–1970. FEDERAL LABOR RELATIONS AUTHORITY v. FLORIDA NATIONAL GUARD ET AL. C. A. 11th Cir. Certiorari denied. 

No. 82–7030. NEWMAN v. UNITED STATES. C. A. 9th Cir. Certiorari denied. 

No. 83–4. PORTER v. UNITED STATES. C. A. 6th Cir. Certiorari denied. 

No. 83–124. FUSARO v. UNITED STATES. C. A. 1st Cir. Certiorari denied. 

No. 83–256. WILLIAMS v. UNITED STATES; and
No. 83–5108. FEINBERG v. UNITED STATES. C. A. 2d Cir. Certiorari denied. Reported below: 705 F. 2d 603.